**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff,<br><br>vs.<br><br>**DARRIN VANCE**<br><br>Defendant. | 8:18MJ109<br>18-MJ-41<br><br>**Magistrate Judge Bazis** |

## RULE 5 ORDER

An Indictment and Warrant (charging document) having been filed in the Middle District of Louisiana, charging the above-named defendant with 18 U.S.C. 2250 and the defendant having been arrested in the District of Nebraska, proceedings to commit defendant to another district were held in accordance with Fed.R.Cr.P. Rule 5. The defendant had an initial appearance here in accordance with Fed.R.Cr.P.5 and was informed of the provisions of Fed.R.Cr.P.20.

Additionally, defendant

- ☒ Waived an identity hearing and admitted that he/she was the person named in the aforementioned charging document.

- ☒ Waived his right to a preliminary examination.

- ☒ The government did move for detention.

- ☒ Was given a detention hearing in this district.

- ☒ Defendant wants to request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

   Accordingly, it is ordered that the defendant shall be held in the District of Nebraska.

- ☒ Defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq. and the U.S. Marshal is commanded to take custody of the above named defendant and defendant shall remain in the custody of the U.S. Marshal for the District of Nebraska until further order of the court. A detention order will be forthcoming.

**IT IS SO ORDERED.**

DATED: March 9, 2018.

                                                            <u>s/ Susan M. Bazis</u>
                                                            U.S. Magistrate Judge