## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| *versus* : | CRIMINAL NO. 18-MJ-41 |
| : | |
| DARRIN VANCE : | |

### ORDER

Considering the United States' *Motion to Dismiss Criminal Complaint*, it is hereby ORDERED that the Criminal Complaint in Criminal No. 18-MJ-41 is dismissed as to defendant, DARRIN VANCE, without prejudice. It is further ordered that the corresponding warrant is recalled and defendant shall be released from any federal custody as a result of the warrant. The United States Attorney's Office for the Middle District of Louisiana shall immediately notify any district of arrest or confinement of this Order.

Signed in Baton Rouge, Louisiana, on March 20, 2018.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**